# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| IN RE: § § | |
| THE LANGSTON FAMILY LIMITED PARTNERSHIP § § § | CASE NO: 19-33038-MVL-7 Chapter 7 |
| DEBTOR. § § | |

## TRUSTEE'S INTERIM REPORT

The Trustee wishes to advise the Court, creditors, and parties in interest that he has initiated an adversary proceeding, through special counsel. Litigation is ongoing.

Respectfully Submitted,

*/s/ Scott M. Seidel*
Scott M. Seidel

6505 W. Park Blvd., Suite 306
Plano, Texas 75093
Telephone: (214) 234-2500
scott@scottseidel.com
CHAPTER 7 TRUSTEE