# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| THE LANGSTON FAMILY LIMITED § | CASE NO:  19-33038-mvl-7 |
| PARTNERSHIP § | |
| § | Chapter 7 |
| § | |
| DEBTOR. § | |

## TRUSTEE'S INTERIM REPORT

The Trustee wishes to advise the Court, creditors, and parties in interest that he has initiated an adversary proceeding, through special counsel. Litigation is ongoing and hearing on exemptions in the associated individual case is set for February 2023.

Respectfully Submitted,

*/s/ Scott M. Seidel*
Scott M. Seidel

6505 W. Park Blvd., Suite 306
Plano, Texas 75093
Telephone: (214) 234-2500
scott@scottseidel.com
CHAPTER 7 TRUSTEE