IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| THE LANGSTON FAMILY LIMITED PARTNERSHIP | § § § § | CASE NO: 19-33038-mvl-7<br><br>Chapter 7 |
| DEBTOR. | § | |

### TRUSTEE'S INTERIM REPORT

The Trustee wishes to advise the Court, creditors, and parties in interest there is an exemption issue on appeal in the related case and the estate is awaiting distribution from the related case.

Respectfully Submitted,

*/s/ Scott M. Seidel*
Scott M. Seidel

6505 W. Park Blvd., Suite 306
Plano, Texas 75093
Telephone: (214) 234-2500
scott@scottseidel.com
CHAPTER 7 TRUSTEE